UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC X. MURILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCANLAN, et al.,<br><br>　　　　Defendants. | Case No.　25-cv-06002-RFL<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 4 |

　　　　Eric Murillo, a detainee, proceeding *pro se*, filed a civil rights complaint.  Plaintiff alleges that there was a sewage and drainage problem at the West County Detention Facility showers.  Plaintiff filed a previous civil rights case with similar allegations regarding plumbing issues at that facility and noise and odors at a nearby construction noise.  *See Murillo v. West County Detention Facility*, Case No. 25-cv-5932 RFL.  The earlier case was dismissed with leave to amend, and Plaintiff was instructed to file an amended complaint in that case containing all his allegations regarding plumbing and odor issues at the facility and noise and odors from the construction site.  In a concurrent order, Plaintiff's brief amendment in Case No. 25-cv-5932 RFL was denied, and he was instructed to file a proper amended complaint.  He should raise all the plumbing and sanitation issues in that case.

　　　　This case is DISMISSED as duplicative.  *See Adams v. Cal. Dept. of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007) (a district court has discretion to control its own docket, and that includes the power to dismiss duplicative actions), *overruled on other grounds*, *Taylor v. Sturgell*, 553 U.S. 880, 904 (2008).  The pending motion (Dkt. No. 4) is VACATED.

　　　　**IT IS SO ORDERED.**

Dated: January 12, 2026

　　　　　　　　　　　　　　　　　　　　　　　　　　RITA F. LIN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge